IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 01–N–2168 (MJW)

CAREY A. GRIFFIN,

    Applicant,

v.

MR. ROBERT FURLONG ,

    Respondent.

---

## ORDER

---

The motion to stay pending exhaustion (#27) does not make sense. The case has already been dismissed without prejudice for failure to exhaust administrative remedies. Whether the one-year statute of limitations contained in ADEPA has run is an issue which is premature. It is therefore

ORDERED that the motion to stay be DENIED.

Dated this 30th day of January, 2006.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge